**953-15**

# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| CCA # | 09-13-00459-CR | OFFENSE: | Assault |
| STYLE: | Lonnie James Jones Jr. v. The State of Texas | PUNISHMENT: | 40 years |
| | | COUNTY: | Montgomery |

TRIAL COURT: 221st District Court

TRIAL COURT #: 13-03-03256 CR

TRIAL COURT JUDGE: Judge Lisa Benge Michalk

DISPOSITION: AFFIRMED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: 06-24-15

JUSTICE: Hollis Horton       PC   NO   S   YES

PUBLISH: NO              DNP: YES

| | | | |
|---|---|---|---|
| CLK RECORD: | 11-01-13 | SUPP CLK RECORD: | |
| RPT RECORD: | 11-08-13 | SUPP RPT RECORD: | |
| STATE BR: | 05-16-14 | SUPP BR: | |
| APP BR: | 02-13-14 | PRO SE BR: | |

**953-15**

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # _____PD-0953-15_____

------------------------

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 11/18/2015

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____